**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**ROGER ABERNATHY**                                                                             **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO.: 2:11-CV-219-SA-SAA**

**NCC BUSINESS SERVICES, INC.**                                             **DEFENDANT**

**ORDER**

     Plaintiff's Motion to Strike [72] is denied. Plaintiff shall be granted twenty-one days, or until January 2, 2013, to respond to Defendant's Second Motion for Summary Judgment [66].

SO ORDERED on this, the 12th day of December, 2012.

                                                                           /s/ Sharion Aycock
                                                      **UNITED STATES DISTRICT JUDGE**